**EXHIBIT B**

This website uses cookies to ensure you get the best experience on our website.

Dismiss    Learn more



# Registered BIC Code: BMOU

 Fetching Real Time Data

Company
**CAI INTERNATIONAL, INC.**

Address
**STEUART TOWER - 1 MARKET PLAZA SUITE 2400**

City
**SAN FRANCISCO, CA 94105**

Zip Code

State

Country
**United States**
Website
**www.capps.com**

BoxTech

**VIEW CONTAINER FLEET CHARACTERISTICS\* →**

BoxTech Account Required.
**SIGN UP →**

\*Not all containers have been registered on BoxTech yet. Please check the database.

This website uses cookies to ensure you get the best experience on our website.



**Bureau International des Containers
et du Transport Intermodal**

41, Rue Réaumur, 75003 Paris, France

Tel: **+33 147 660 390**

Fax: **+33 147 660 891**



©2025 Bureau International des Containers et du Transport Intermodal.

By using this website, you agree that we can set and use cookies. For more details of these cookies and how to disable them, see our **cookie policy** and our **privacy notice.**

This website uses cookies to ensure you get the best experience on our website.



Home  |  Bic Codes  |  **TEMU**    **SEARCH AGAIN**

# Registered BIC Code: TEMU

Company
**TEXTAINER EQUIPMENT MANAGEMENT LTD**

Address
**650 California Street, 16th Floor**

City
**San Francisco, CA 94108**

Zip Code
**CA 94108**

State

Country
**United States**

Website
**www.textainer.com**

BoxTech

**VIEW CONTAINER FLEET CHARACTERISTICS\*** →

BoxTech Account Required.
**SIGN UP** →

This website uses cookies to ensure you get the best experience on our website.

Dismiss     Learn more



**Contact us** to report an issue with this code.

Bureau International des Containers
et du Transport Intermodal

41, Rue Réaumur, 75003 Paris, France

Tel: **+33 147 660 390**

Fax: **+33 147 660 891**



©2025 Bureau International des Containers et du Transport Intermodal.
By using this website, you agree that we can set and use cookies. For more details of these cookies and how to disable them, see our **cookie policy** and our **privacy notice.**

This website uses cookies to ensure you get the best experience on our website.



This website uses cookies to ensure you get the best experience on our website.

Dismiss     Learn more



# Registered BIC Code: CAIU

⟳ Fetching Real Time Data

Company
**CAI INTERNATIONAL, INC.**

Address
**STEUART TOWER - 1 MARKET PLAZA SUITE 2400**

City
**SAN FRANCISCO, CA 94105**

Zip Code

State

Country
**United States**
Website
**www.capps.com**

BoxTech

**VIEW CONTAINER FLEET CHARACTERISTICS\* →**

BoxTech Account Required.
**SIGN UP →**

*Not all containers have been registered on BoxTech yet. Please check the database.

This website uses cookies to ensure you get the best experience on our website.



**Bureau International des Containers
et du Transport Intermodal**

41, Rue Réaumur, 75003 Paris, France

Tel: **+33 147 660 390**

Fax: **+33 147 660 891**



©2025 Bureau International des Containers et du Transport Intermodal.

By using this website, you agree that we can set and use cookies. For more details of these cookies and how to disable them, see our **cookie policy** and our **privacy notice.**

This website uses cookies to ensure you get the best experience on our website.