# Hapag-Lloyd

**Sea Waybill**

Multimodal Transport or Port to Port Shipment

**Carrier:** Hapag-Lloyd Aktiengesellschaft, Hamburg

| | |
|---|---|
| **Shipper:**<br>ALUAR ALUMINIO ARGENTINO SAIC<br>MARCELO T. DE ALVEAR 590 PISO:03<br>BUENOS AIRES BUENOS AIRES<br>1058 ARGENTINA | **Carrier's Reference:** 61603310  **SWB-No.:** HLCUBU3240307179  **Page:** 2 / 3 |
| | **Export References:** |
| **Consignee:**<br>ACCESS WORLD USA LLC<br>5515 AMERIPORT PARKWAY<br>SUITE B, BAYTOWN TEXAS 77523, USA<br>TEL: +1 (832)817-3025<br>EMAIL:<br>TRAFFIC.HOUSTON@ACCESSWORLD.COM | **Forwarding Agent:** |
| | **Consignee's Reference:** |
| **Notify Address** (Carrier not responsible for failure to notify):<br>LIVINGSTON INTERNATIONAL<br>6340 CENTER DRIVE BLDG. 7 SUITE 102<br>NORTFOLK, VIRGINIA 23502<br>PH: 757-446-1500-EMAIL DOCS TO:<br>USCST31@LIVINGSTONINTL.COM | **Place of Receipt:** |
| **Vessel(s):** AS STINE  **Voyage-No.:** 409N | **Place of Delivery:** |
| **Port of Loading:** PUERTO MADRYN, ARGENTINA | |
| **Port of Discharge:** HOUSTON, TX, UNITED STATES | |

| Container Nos., Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| ALSO NOTIFY : | ACCESS WORLD USA LLC<br>5515 AMERIPORT PARKWAY<br>SUITE B, BAYTOWN TEXAS 77523, USA<br>TEL: +1 (832)817-3025 -EMAIL:<br>TRAFFIC.HOUSTON@ACCESSWORLD.COM | | |
| TEMU  1788593<br>SEAL:<br>BAA05787 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>11 BUNDLES<br>WHITE | 25981,000<br>KGM | 17,490<br>MTQ |
| BMOU  2728682<br>SEAL:<br>BAA05788 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>11 BUNDLES<br>WHITE | 25994,000<br>KGM | 17,490<br>MTQ |

| Shipper's declared Value [see clause 7(2) and 7(3)] | | Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11] |
|---|---|---|
| **Total No. of Containers received by the Carrier:** 4 | **Packages received by the Carrier:** | RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/ Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. In accepting this Sea Waybill the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Sea Waybill by the Merchant. |
| **Movement:** FCL/FCL | **Currency:** USD | |

| Charge | Rate | Basis | aWt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|

Place and date of issue:
**BUENOS AIRES    18.MAR.2024**

Freight payable at:
**MONTEVIDEO, URUGU**

**FOR ABOVE NAMED CARRIER**
**HAPAG-LLOYD ARGENTINA SRL**
**(AS AGENT)**

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|
| 12506.00 | 80.00 | 12586.00 |

**Sea Waybill • Not Negotiable**

Hapag-Lloyd Aktiengesellschaft, Hamburg    

Page 3 / 3

SWB-No. HLCUBU3240307179

```
-----------------------------------------------------------------------
Cont/Seals/Marks   Packages/Description of Goods        Weight   Measure
                   1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*
CAIU   2931600     11 BUNDLES                         25991,000   17,490
SEAL:              WHITE                                   KGM      MTQ
BAA05789

                   1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*
TGCU   2091082     11 BUNDLES                         25986,000   17,490
SEAL:              WHITE                                   KGM      MTQ
BAA05971           ALUMINUM BILLETS, ALLOY 6005,
                   WITH 7'' DIAM X 5,800 MM LONG
                   WOODEN PACKING:
                   TREATED AND CERTIFIED
                   TOTAL GROSS WEIGHT
                   103.952 KGS
                   TOTAL NET WEIGHT
                   103.201 KGS
                   BUNDLES 44
                   PE: 24047EC01000934M
                   NCM: 7601.20.00
                   COLOR: WHITE

*SLAC = Shipper's Load, Stow, Weight and Count

               TARE WEIGHT        GROSS VOLUME
BMOU   2728682   2220,000 KGM        17,490 MTQ
CAIU   2931600   2200,000 KGM        17,490 MTQ
TEMU   1788593   2100,000 KGM        17,490 MTQ
TGCU   2091082   2130,000 KGM        17,490 MTQ

SHIPPED ON BOARD, DATE : 18.MAR.2024
PORT OF LOADING: PUERTO MADRYN, ARGENTINA
VESSEL NAME: AS STINE VOYAGE: 409N

FREIGHT PREPAID

CHARGE                 RATE BASIS  W/M/V CURR    PREPAID     COLLECT
-----------------------------------------------------------------------
THC ORIGIN             416,00 CTR     1  USD     1664,00
CARR. SECURITY FEE      15,00 CTR     1  USD       60,00
MARINEFUEL RECOVER     338,00 CTR     1  USD     1352,00
SEC.MANIF.DOCUMENT      38,00 BIL     1  USD       38,00
DOCUMENT FEE            52,00 BIL     1  USD       52,00
SEALING CHARGE ORI      12,00 CTR     1  USD       48,00
EQUIPM.MAINTEN.FEE      20,00 CTR     1  USD                   80,00
LUMPSUM                                  USD     9292,00
```