# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MELVIN QUIJANO** § | |
| § | |
| **PLAINTIFF,** § | |
| § | |
| v. § | |
| § | |
| **ELECTRA TRADING SA;** § | **CIVIL ACTION NO.** _____ |
| **HAPAG-LLOYD (AMERICA), LLC;** § | |
| **HAPAG-LLOYD AG; TEXTAINER** § | |
| **EQUIPMENT MANAGEMENT LTD.;** § | |
| **CAI INTERNATIONAL INC.; AND** § | |
| **ANGLO-EASTERN (GERMANY)** § | |
| **GMBH,** § | |
| **DEFENDANTS.** § | |

## HAPAG-LLOYD (AMERICA), LLC'S CONSENT TO REMOVAL

Defendant Hapag-Lloyd (America), LLC, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, without waiving and specifically reserving all rights, defenses, objections, and exceptions, consents to the removal filed by Hapag-Lloyd AG, of the above captioned action from the 125th District Court of Harris County, State of Texas, to the United States District Court for the Southern District of Texas, Houston Division.

Location: Atlanta

Date: 02/26/2026

By: *Luis Marin*

Print: Luis Marin

Title: Senior manager

Duly authorized on behalf of
Hapag-Lloyd (America), LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MELVIN QUIJANO** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| v. | § | |
| | § | |
| **ELECTRA TRADING SA;** | § | **CIVIL ACTION NO. _____** |
| **HAPAG-LLOYD (AMERICA), LLC;** | § | |
| **HAPAG-LLOYD AG; TEXTAINER** | § | |
| **EQUIPMENT MANAGEMENT LTD.;** | § | |
| **CAI INTERNATIONAL INC.; AND** | § | |
| **ANGLO-EASTERN (GERMANY)** | § | |
| **GMBH,** | § | |
| **DEFENDANTS.** | § | |

## ANGLO-EASTERN (GERMANY) GMBH'S
## CONSENT TO REMOVAL

Defendant Anglo-Eastern (Germany) GmbH, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, without waiving and specifically reserving all rights, defenses, objections, and exceptions, consents to the removal filed by Hapag-Lloyd AG, of the above captioned action from the 125th District Court of Harris County, State of Texas, to the United States District Court for the Southern District of Texas, Houston Division.

Location:   Houston, Texas

Date:   February 25, 2026

By: _____

Print: Jonas S. Patzwall

Title: Attorney

Duly authorized on behalf of
Anglo-Eastern (Germany) GmbH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELVIN QUIJANO | § | |
| | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | |
| ELECTRA TRADING SA; | § | CIVIL ACTION NO. _____ |
| HAPAG-LLOYD (AMERICA), LLC; | § | |
| HAPAG-LLOYD AG; TEXTAINER | § | |
| EQUIPMENT MANAGEMENT LTD.; | § | |
| CAI INTERNATIONAL INC.; AND | § | |
| ANGLO-EASTERN (GERMANY) | § | |
| GMBH, | § | |
|     DEFENDANTS. | § | |

## TEXTAINER EQUIPMENT MANAGEMENT LTD.'S CONSENT TO REMOVAL

Defendant Textainer Equipment Management Ltd., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, without waiving and specifically reserving all rights, defenses, objections, and exceptions, consents to the removal filed by Hapag-Lloyd AG of the above captioned action from the 125th District Court of Harris County, State of Texas, to the United States District Court for the Southern District of Texas, Houston Division.

Location:    Baltimore, MD

Date:    February 22, 2026

By: _____

_____

Print:    J. Stephen Simms

Title:    Textainer Counsel

Duly authorized on behalf of
Textainer Equipment Management Ltd.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MELVIN QUIJANO** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ELECTRA TRADING SA;** | § | **CIVIL ACTION NO. _____** |
| **HAPAG-LLOYD (AMERICA), LLC;** | § | |
| **HAPAG-LLOYD AG; TEXTAINER** | § | |
| **EQUIPMENT MANAGEMENT LTD.;** | § | |
| **CAI INTERNATIONAL INC.; AND** | § | |
| **ANGLO-EASTERN (GERMANY)** | § | |
| **GMBH,** | § | |
| **DEFENDANTS.** | § | |

## CAI INTERNATIONAL, INC.'S
## CONSENT TO REMOVAL

Defendant CAI International, Inc., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, without waiving and specifically reserving all rights, defenses, objections, and exceptions, consents to the removal filed by Hapag-Lloyd AG, of the above captioned action from the 125th District Court of Harris County, State of Texas, to the United States District Court for the Southern District of Texas, Houston Division.

Location:   Houston, TX
Date:       March 2, 2026

By: */s/Keith B. Letourneau (by permission)*

    Keith B. Letourneau
    Texas Bar No. 00795893
    G. Evan Spencer
    Texas Bar No. 24113493
    BLANK ROME LLP
    717 Texas Avenue, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 228-6601
    Facsimile: (713) 228-6605
    Keith.Letourneau@blankrome.com
    Evan.Spencer@blankrome.com

    **COUNSEL FOR DEFENDANT CAI**
    **INTERNATIONAL, INC.**