UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MELVIN QUIJANO** | § | |
| | § | |
| PLAINTIFF, | § | |
| v. | § | |
| | § | |
| **ELECTRA TRADING SA;** | § | CIVIL ACTION NO. 4:26-cv-01716 |
| **HAPAG-LLOYD (AMERICA), LLC;** | § | |
| **HAPAG-LLOYD AG; TEXTAINER** | § | |
| **EQUIPMENT MANAGEMENT LTD.;** | § | |
| **CAI INTERNATIONAL INC.; AND** | § | |
| **ANGLO-EASTERN (GERMANY)** | § | |
| **GMBH,** | § | |
| DEFENDANTS. | § | |

## NOTICE OF APPEARANCE

Subject to and without waiving any of the defenses asserted by Defendants Hapag-Lloyd AG; Hapag-Lloyd (America), LLC; Anglo-Eastern (Germany) GmbH; Textainer Equipment Management Ltd.; and CAI International Inc. in this matter, and, specifically, subject to the personal jurisdiction defenses previously raised by Hapag-Lloyd (America), LLC and CAI International Inc., notice is hereby given that David L. Reisman; Alma F. Shields; Elizabeth B. McIntosh; and Jonas S. Patzwall, with Liskow & Lewis, APLC, will be appearing in the above-styled cause as counsel of record for Defendants Textainer Equipment Management Ltd. and CAI International Inc. Their contact information is as follows:

>David L. Reisman
>Attorney-in-Charge
>State Bar No. 24039691
>Fed. ID No. 3591037
>Elizabeth B. McIntosh
>La. State Bar No. 36575
>Fed. ID No. 3133917
>701 Poydras Street, Suite 5000
>New Orleans, Louisiana 70139
>Telephone: (504) 581-7979

Facsimile: (504) 556-4108
Email: dreisman@liskow.com
Email: ebmcintosh@liskow.com

-and-

Alma F. Shields
State Bar No. 24069800
Fed. ID No. 1087002
Jonas S. Patzwall
State Bar No. 24122915
Fed. ID No. 3712905
1001 Fannin, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2824
Facsimile:  (713) 651-2908
Email: ashields@liskow.com
Email:  jspatzwall@liskow.com

Please ensure that all orders, notices, pleadings, and other documents filed or served in this case are served on Mr. Reisman; Ms. Shields; Ms. McIntosh; and Mr. Patzwall.  Mr. David L. Reisman of Liskow & Lewis, APLC will remain attorney-in-charge for Defendants.

    Respectfully submitted,

    */s/ David L. Reisman (by permission)*
    David L. Reisman
    Attorney-in-Charge
    State Bar No. 24039691
    Fed. ID No.  3591037
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana 70139
    Telephone:  (504) 581-7979
    Facsimile:  (504) 556-4108
    Email: dreisman@liskow.com

    **ATTORNEYS FOR DEFENDANTS HAPAG-LLOYD AG; HAPAG-LLOYD (AMERICA), LLC; ANGLO-EASTERN (GERMANY) GMBH; TEXTAINER EQUIPMENT MANAGEMENT LTD. AND CAI INTERNATIONAL INC.**

-3-

**OF COUNSEL:**

**LISKOW & LEWIS, APLC**
Alma F. Shields
State Bar No. 24069800
Fed. ID No. 1087002
Elizabeth B. McIntosh
State Bar No. 36575
Fed. ID No. 3133917
Jonas S. Patzwall
State Bar No. 24122915
Fed. ID No. 3712905
1001 Fannin, Suite 1800
Houston, Texas 77002
Telephone:  (713) 651-2900
Facsimile:  (713) 651-2908
Email: ashields@liskow.com
Email: ebmcintosh@liskow.com
Email: jspatzwall@liskow.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16th, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system with notice being sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

>                                    */s/Jonas S. Patzwall*
>                                    Jonas S. Patzwall