## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MELVIN QUIJANO** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **C.A. NO. 4:26-CV-01716** |
| | § | |
| **ELECTRA TRADING SA;** | § | |
| **HAPAG-LLOYD (AMERICA), LLC;** | § | |
| **HAPAG-LLOYD AG; TEXTAINER** | § | |
| **EQUIPMENT MANAGEMENT LTD.;** | § | |
| **CAI INTERNATIONAL INC.; AND** | § | |
| **ANGLO-EASTERN (GERMANY)** | § | |
| **GMBH,** | § | |
| *Defendants.* | § | |

## ORDER OF WITHDRAWAL

On this day came to be heard the Motion to Withdraw Counsel for Defendant CAI International Inc. ("Defendant"), in the above cause of action, and the Court, having considered same, is of the opinion that said Motion should be **GRANTED**. It is therefore,

**ORDERED** that Keith B. Letourneau and Grant Evan Spencer of Blank Rome LLP are withdrawn as counsel of record for Defendant CAI International, Inc. Additional counsel that have appeared on behalf of Defendant shall be named as attorneys-in-charge.

SIGNED on this _____ day of _____, 2026.


_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

008183.00001/157446453v.1